IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟋ D.C.

05 AUG 19 AM 6:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AGNES J. GLASGOW, ET AL.,

    Plaintiffs,

VS.                                          NO. 02-2234-Ma

METHODIST HEALTHCARE-MEMPHIS
HOSPITALS, PLAN 503, ET AL.,

    Defendants.

_____

ORDER OF REFERENCE

_____

Before the court is the August 10, 2005, motion of

plaintiffs for permission to conduct limited discovery.

The motion is hereby referred to the magistrate judge for a

determination.  Any exceptions to the magistrate's report shall

be made within ten (10) days of the report, setting forth

particularly those portions of the order excepted to and the

reasons for the exceptions.

It is so ORDERED this 18th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-23-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:02-CV-02234 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Dwayne O. Littauer
THE KULLMAN FIRM
P.O. Box 60118
New Orleans, LA 70160

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT