IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AGNES GLASGOW AND PHILLIP GLASGOW, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | No. 02-2234 MaV |
| ) METHODIST HEALTHCARE PLAN 503; ) METHODIST HEALTHCARE, AND ) UNUM LIFE NSURANCE COMPANY ) OF AMERICA, ) ) | |
| Defendants. ) | |

### ORDER GRANTING DEFENDANTS' AGREED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PERMISSION TO CONDUCT LIMITED DISCOVERY AND MOTION TO SUPPLEMENT RECORDS

**NOW BEFORE THE COURT COMES** Defendants' Agreed Motion for Additional Time to Respond to Plaintiffs' Motion for Permission to Conduct Limited Discovery and Motion to Supplement Record. For good cause shown, Defendants' Motion is granted. It is, therefore, hereby ordered that Defendants shall have until September 9, 2005, in which to respond to Plaintiffs' Motion for Permission to Conduct Limited Discovery and Motion to Supplement Record.

IT IS SO ORDERED, this 9th day of September, 2005

_____
DIANE K. VESCOVO
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:02-CV-02234 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT