IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 SEP 26 PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

AGNES J. GLASGOW and
PHILLIP GLASGOW,

      Plaintiffs,

vs.

Case No. 02-2234 SHM

METHODIST HEALTHCARE - MEMPHIS
HOSPITALS, PLAN 503; METHODIST
HEALTHCARE, and UNUM LIFE
INSURANCE COMPANY OF AMERICA,

      Defendants.

## ORDER ALLOWING PLAINTIFFS TO FILE AMENDMENT TO COMPLAINT

This cause came on to be heard upon the Plaintiffs filing a motion to amend their Complaint. Defendants do not oppose same.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that the Plaintiffs be and they are allowed to file an amendment to their Complaint. *The amended complaint shall be filed within 10 days of date of entry of this order & served on the defendant.*

*Diane K. Vescovo*
~~Judge Samuel H. Mayes, Jr.~~
U.S. Magistrate Judge
Sept. 26, 2005

APPROVED:

_____
Eugene C. Gaerig, Attorney for Plaintiffs

_____  *by ECG w/permission 9-1-05*
Todd P. Photopoulos, Attorney
For Methodist Healthcare

_____  *by ECG w/permission 9-1-05*
S. Russell Headrick, Attorney for Unum

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-28-05

48

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:02-CV-02234 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT