IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AGNES GLASGOW AND<br>PHILLIP GLASGOW,<br><br>  Plaintiffs,<br><br>v.<br><br>METHODIST HEALTHCARE PLAN 503;<br>METHODIST HEALTHCARE, AND<br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>  Defendants. | No. 02-2234 MaV |

### AGREED ORDER TEMPORARILY STAYING ALL
### DEADLINES TO RESPOND TO PENDING MOTIONS

The parties opened dialogue concerning the possible settlement of plaintiff's claims in early September 2005. Shortly thereafter, Plaintiff filed her Motion to Recover Penalty Under 29 U.S.C.§1132 (c)(1) for Failure to Provide Documents [Docket Entry No. 45]. In order to facilitate settlement discussions, the parties have agreed that defendants' deadlines to respond to plaintiffs' Motion should be stayed for thirty days. Accordingly, in the event the parties are unable to reach a settlement, defendants' responses to plaintiff's motion shall be due thirty days from the entry of this Order. The parties further agree that no party shall file any further motions for thirty days following the entry of this order.

IT IS SO ORDERED on this 3rd day of September, 2005.

_____
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-4-05

AGREED:

*S. Russell Headrick* by fmc w/ permission
S. Russell Headrick
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103

*Attorneys for Unum Life Insurance
Company of America*

*Eugene C. Gaerig* by fmc w/ permission
Eugene C. Gaerig, Esq.
Hartsfield, Gaerig & Winsett, P.A.
100 North Main Building, Suite 3118
Memphis, TN 38103-0531

*Attorneys for Plaintiffs
Agnes Glasgow and Phillip Glasgow*

*Todd Photopulos* by fmc w/ permission
Todd Photopulos
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Crescent Center, Suite 500
Memphis, TN 38119

*Attorneys for Defendant
Methodist Healthcare*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:02-CV-02234 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT