IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19  PM 4: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| AGNES GLASGOW AND PHILLIP GLASGOW, Plaintiffs, | ) ) ) ) | |
| v. | ) ) | No. 02-2234 MaV |
| METHODIST HEALTHCARE PLAN 503; METHODIST HEALTHCARE, AND UNUM LIFE NSURANCE COMPANY OF AMERICA, Defendants. | ) ) ) ) ) ) | |

## CONSENT ORDER GRANTING DEFENDANTS' ADDITIONAL TIME TO RESPOND TO DECEMBER 2, 2005 ORDER ON PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

On December 7, 2005, the Court entered its Order on Plaintiffs' Motion to Supplement the Record, requiring Defendants to produce certain documents requested by Plaintiffs, on or before December 19, 2005. Defendants have represented that they have made substantial progress in collecting those documents but that additional time is needed to fully comply with the Order. Accordingly, Defendants have requested that they be allowed up to and including Tuesday, January 3, 2006, to comply with the Order. Plaintiffs have no objection to Defendants' request.

Based on the agreement of the parties and for other good cause shown, the time within which Defendants must comply with the Court's Order on Plaintiffs' Motion to Supplement the Record is extended up to and including January 3, 2006.

IT IS SO ORDERED on this _19th_ day of December, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
United States Magistrate Judge

M LMCI 918932 v1
2790885-000017 12/19/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-27-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:02-CV-02234 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT