IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 29 AM 10:06

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| AGNES J. GLASGOW and PHILLIP GLASGOW, </br></br>     Plaintiffs, </br></br> v. </br></br> METHODIST HEALTHCARE - MEMPHIS HOSPITALS, PLAN 503, METHODIST HEALTHCARE, and UNUM LIFE INSURANCE COMPANY OF AMERICA, </br></br>     Defendants. | No. 02-2234 Ma/V |

### ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

Before the court is Plaintiffs' Motion to Amend Complaint, filed on November 4, 2005. Under Fed. R. Civ. P. 15(a), a party may amend its pleading when given leave of the court, "and leave shall be freely given when the justice so requires." Defendants have not opposed Plaintiffs' motion. Therefore, the court GRANTS the motion to amend complaint, and Plaintiffs shall, within ten (10) days of the entry of this order, file a Third Amended Complaint.

So ordered this 28th day of December 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:02-CV-02234 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT