```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

AGNES J. GLASGOW AND
PHILLIP GLASGOW,

    Plaintiffs,

VS.                                              NO. 02-2234-MaV

METHODIST HEALTHCARE-MEMPHIS
HOSPITALS PLAN 503, ET AL.,

    Defendants.

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 1, 2006, the plaintiffs filed a motion for sanctions against the defendant Methodist Healthcare-Memphis Hospitals Plan 503. The matter was referred to Magistrate Judge Diane Vescovo for report and recommendation. On March 8, 2006, Magistrate Judge Vescovo filed her Report and Recommendation, which recommended that Lisa Laskey's declaration be disregarded, that the magistrate judge's December 2, 2005 report and recommendation be adopted, that plaintiffs' renewed motion for sanctions be denied, and that plaintiffs' claim for statutory penalties also be denied.

Having reviewed the magistrate judge's Report and Recommendation, the court concludes that the findings and conclusions of the magistrate judge are correct. The court adopted the magistrate's December 2, 2005, Report and

Recommendation on March 9, 2006.  The March 8, 2006, Report and Recommendation of the magistrate judge is ADOPTED in all other respects by this court.

It is so ORDERED this 28th day of April, 2006.

s/ SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

02-2234.Adopt.2.1.06.wpd